IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KIMBERLY THACKER,<br><br>                Plaintiff,<br><br>vs.<br><br>QUEST DIAGNOSTICS, INC. and QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.,<br><br>                Defendants. | Case No. 3:20-cv-00283-JMK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

        The parties' stipulation of dismissal at Docket 71 is hereby GRANTED. This case is DISMISSED WITH PREJUDICE. Each party shall bear their own fees and costs. The Clerk of Court is respectfully directed to close this case file.

        IT IS SO ORDERED this 2nd day of September, 2022, at Anchorage, Alaska.

                                                         */s/ Joshua M. Kindred*
                                                      JOSHUA M. KINDRED
                                                   United States District Judge